### A. K. PRUDEN v. JOHN MAHON, J. B. Robinson, et al.

(135 N. W. 188.)

Appeal from the District Court of Cavalier county; *Kneeshaw,* J. Affirmed.

*Joseph Cleary,* for appellant.

*W. A. McIntyre,* for respondent.

PER CURIAM. This case is identical with the case of Pruden v. Lieber, ante, just decided by this court, the defendants having taken separate appeals. The decision in the above-entitled case is decisive of this, and the judgment is affirmed.